**2013–1333. State ex rel. Smith v. Sadler.**

In Mandamus. On motion for reconsideration. Motion denied.

FRENCH, J., not participating.

**2013–1465. State v. Saunders.**

Fayette App. No. CA2012–03–006, 2013-Ohio-2052. 

On motion for reconsideration. Motion denied.

LANZINGER, J., dissents.